IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| JERMAINE DUANE TAYLOR, | : | |
| Plaintiff, | : | |
| vs. | : | 5:06-cv-22 (CAR) |
| JIMMY BARBEE, et al., | : | |
| Defendants. | : | |

## ORDER ON THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is a Report and Recommendation (Doc. 37) from United States Magistrate Judge Claude W. Hicks, Jr., which recommends granting Defendants' Motion for Summary Judgment (Doc. 26). No Objections to the Recommendation have been filed; however, pursuant to 28 U.S.C. § 636(b)(1), the Court has throughly reviewed the Recommendation and agrees with the Magistrate Judge's conclusions. Accordingly, the Recommendation is **ACCEPTED** and Defendants' Motion for Summary Judgment is **GRANTED**.

**SO ORDERED**, this 27th day of September, 2007.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

SCS/ssh